IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | NO. 3:11-155<br>JUDGE HAYNES |
| v. | ) ) | |
| BRIAN KEITH CARR, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon the United States's motion to dismiss the indictment (Docket Entry No.4), the indictment against Defendant Brian Keith Carr is **DISMISSED without prejudice**.

It is so **ORDERED**.

ENTERED this the 13th day of December, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge